UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION



**FILED**

DEC 1 1 2013

CLERK

---

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MIGUEL SOTO,

    Defendant.

CR 12-50131

**FACTUAL BASIS STATEMENT**

---

The undersigned parties stipulate that the following facts are true and establish a factual basis for the plea in the action pursuant to Federal Rules of Criminal Procedure 11(b)(3):

The Defendant, Miguel Soto, began working for Aurelio Munoz-Escalante's logging company in approximately 2002. In 2010, Aurelio Munoz-Escalante promoted Miguel Soto to supervisor. After making Soto a supervisor, Aurelio Munoz-Escalante paid Soto and from those funds and at Munoz-Escalante's direction, Soto paid Munoz-Escalante's illegal alien employees.

Soto also began to run his own logging crew to complete work on United States Forest Service contracts for Aurelio Munoz-Escalante. Miguel Soto knowingly continued to employ his brothers Luciano Soto and Jose Soto, knowing they were illegal aliens who were unauthorized with respect to such employment.

BRENDAN V. JOHNSON
United States Attorney

_____
SARAH B. COLLINS
ERIC KELDERMAN
Assistant United States Attorneys
515 9th Street #201
Rapid City, SD 57701
Telephone: (605)342-7822
Facsimile: (605)342-1108

12/11/13

Date

_____

12-10-13

Date

_____
MIGUEL SOTO
Defendant

Dec. 10, 2013

Date

_____
DANA HANNA
Attorney for Defendant