UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

FILED
DEC 19 2013

CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-50131 |
| Plaintiff, | **SUPERSEDING INFORMATION** |
| vs. | Continuing Unlawful Employment of Aliens |
| MIGUEL SOTO, | (8 U.S.C. § 1324a(a)(2)) |
| Defendant. | |

The Assistant United States Attorney charges and informs the Court:

Beginning on or about January 1, 2008, and continuing until on or about May 31, 2013, in the District of South Dakota, the defendant, Miguel Soto, knowingly continued to employ Luciano Soto and Jose Soto, aliens, in the United States, knowing the aliens were unauthorized aliens with respect to such employment, all in violation of 8 U.S.C. § 1324a(a)(2).

Eric Kelderman
Sarah B. Collins
Assistant U.S. Attorneys